■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE GRIFFITH, Appellant.—Judgment, Supreme Court, Bronx County, rendered on February 22, 1978, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Fein, J. P., Sandler, Bloom and Ross, JJ.

■ PHILIP NAIDRICH, Appellant, v JOHNSTON INDUSTRIES, INC., et al., Respondents.—Order, Supreme Court, New York County, entered on June 2, 1978, and the judgment entered thereon on June 13, 1978, unanimously affirmed for the reasons stated by Asch, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Sullivan, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN FOGELMAN, Appellant.—Judgment, Supreme Court, Bronx County, rendered on January 11, 1978, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Sullivan, Lupiano and Silverman, JJ.